**Order entered February 25, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01428-CV

### JP BENT TREE GP, LLC, ET AL., Appellants

### V.

### RE CLOSING, LLC, ET AL., Appellees

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-14634**

## ORDER

Before the Court is appellants' February 21, 2019 unopposed motion for an extension of time to file their reply brief. We **GRANT** the motion and extend the time to **March 22, 2019**.

/s/ BILL WHITEHILL
JUSTICE